

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable A. M. Fribble
County Attorney
Mills County
Goldthwaite, Texas

Dear Sir:

Opinion No. O-1241
Re: The time that should elapse
before another election after an
election has been held under the
terms of Article 2742f to determine
whether a portion of the territory
of a school district should be detached
and attached to another school district
and such election has failed.

We have your letter of August 5, 1939, in which you
request our opinion upon the following question:

"Wherein an election has been held under terms of
Art. 2742f R.C.S. to determine whether a portion of the
territory of a school district shall be detached and
attached to another school district, and such election
has failed, what time should elapse before another
election on the same proposition can be called?"

Article 2742f of the Revised Civil Statutes as amended
by Chapter 339, Section 2, Acts, 44th Legislature (1935) provides
for the procedure that shall be followed in detaching territory
from one school district and attaching it to another school dis-
trict. This statute provides in part as follows:

"That each and all of said elections shall be held in
accordance with the provisions of the General Law governing
bonded tax elections in a common or independent school dis-
trict as the case may be."

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT

Honorable A. M. Pribble, Page 2

Article 2785 of the Revised Civil Statutes as amended by Chapter 476, Section 1, Acts, 44th Legislature, Second Called Session (1935), relates to elections to determine the proposition of the levy of taxes or the issuance of bonds by school districts. This statute provides in part as follows:

"If said maintenance tax proposition is defeated at an election held for such purpose, no other election shall be held therefor within one year from the date of said election."

It is our opinion that the portion of Article 2742f, which is quoted above, refers to the provisions of Article 2785, and that where an election has been held under the terms of Article 2742f, Revised Civil Statutes, to determine whether a portion of the territory of a school district shall be detached and attached to another school district, and such election has failed, one year should elapse before another election on the same proposition can be held. However, under the decision of the Commission of Appeals in Martin v. Grandview Independent School District, 267 S. W. 461, a second election on the same proposition, which was held more than a year after the first election defeating the proposition, would not be rendered void by the fact that the order for the election was made within less than a year after the first election. In his opinion, which was adopted by the Supreme Court, Judge German says:

"It is the actual holding of the election, and not the mere ordering of it, which is calculated to inconvenience or disturb the voters. It was the holding of a second election within a less time than one year of the first election which the legislature no doubt intended to prevent."

We are therefore of the opinion that under the facts stated in your question, the second election should not be held within one year after the first election, but that the order for the second election may be made within a year after the first election without rendering the second election void.

Very truly yours

ATTORNEY GENERAL OF TEXAS

By _James P. Hart_

James P. Hart
ASSISTANT

APPROVED AUG 31, 1939

_Gerald C. Mann_

ATTORNEY GENERAL OF TEXAS

JPH:AMM

APPROVED
OPINION
COMMITTEE
BY _BWB_
CHAIRMAN